1 | Thomas M. Kerr (State Bar No. 241530)
2 | HOLME ROBERTS & OWEN LLP
3 | 560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
4 | Facsimile: (415) 268-1999

5 | Attorneys for Plaintiffs
6 | WARNER BROS. RECORDS INC.; UMG
RECORDINGS, INC.; SONY BMG MUSIC
7 | ENTERTAINMENT; and ARISTA RECORDS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,, <br><br> Plaintiff, <br> v. <br><br> JOE CINCOTTA, <br><br> Defendant. | Case No.: 06-CV-04246 SI <br><br> Honorable Susan Illston <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

Plaintiffs Warner Bros. Records Inc.; UMG Recordings Inc.; Sony BMG Music Entertainment; and Arista Records LLC (collectively, "Plaintiffs"), through their counsel, hereby designate the following attorney from Holme Roberts & Owen LLP as counsel for service in this action:

    **Thomas M. Kerr, Esq.**

The following attorney is no longer counsel of record in this action:

    **Leemore L. Libesman, Esq.**

Dated: July 25, 2006

HOLME ROBERTS & OWEN LLP

By: _____
Thomas M. Kerr
Attorneys for Plaintiffs
WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and ARISTA RECORDS LLC



IT IS SO ORDERED
Judge Susan Illston

|  |  |
|---|---|
| 1 | I, Asma Zia, am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the within action. My business address is Holme Roberts & Owen LLP, 560 Mission Street, 25th Floor, San Francisco, California 94105. |

I, Asma Zia, am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the within action. My business address is Holme Roberts & Owen LLP, 560 Mission Street, 25th Floor, San Francisco, California 94105.

I am readily familiar with the business practices of this office for collection and processing of documents for mailing with the U.S. postal service, which is that correspondence for mailing via U.S. Mail is collected and deposited on the same day in the ordinary course of business.

On August 29, 2006, I served the following document(s) described as:

**NOTICE OF SUBSTITUTION OF COUNSEL**

on the party in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Joe Cincotta
519 Las Colindas Rd. #7
San Rafael, CA 94903

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, CA on August 29, 2006.

_____
Asma Zia

---

1

CERTIFICATE OF SERVICE
*Warner Bros. Records Inc. et al v. Cincotta 06-CV-04246 SI*

#23852 v1