Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
thomas.kerr@hro.com

Attorneys for Plaintiffs
WARNER BROS. RECORDS INC.; UMG
RECORDINGS, INC.; SONY BMG MUSIC
ENTERTAINMENT; and ARISTA
RECORDS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JOE CINCOTTA,<br><br>Defendant. | Case No.: 06-CV-04246 SI<br><br>Honorable Susan Illston<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

//
//
//

1

Stipulation to Continue Case Management Conference
Case No.: 06-CV-04246 SI

#25732 v1

Plaintiffs and Defendants, through their respective counsel, hereby request that this court continue the Case Management Conference scheduled for October 19, 2006 at 2:00 p.m. until December 14, 2006. The parties have negotiated a settlement in this matter, and are now in the process of finalizing the documentation. The parties are therefore confident that this case can be resolved without expending the Court's time. Thus, no pretrial scheduling or case management need be completed at the date scheduled.

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant, through their respective counsel, that the Status Conference currently set for October 19, 2006, at 2:00 p.m. be continued until December 14, 2006.

DATED: 9/28/06

THOMAS M. KERR
HOLME ROBERTS & OWEN LLP

By: _____
Thomas M. Kerr
Attorney for Plaintiffs
WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and ARISTA RECORDS LLC

DATED: 9/28/06

Dana Simonds
Shapiro, Galvin, Shapiro, Piasta, and Moran

By: _____
Dana Simonds
Attorney for Defendant

IT IS SO ORDERED.

DATED: _____
Honorable Susan Illston
United States District Judge

2

Stipulation to Continue Case Management Conference
Case No.: 06-CV-04246 SI

#25732 v1